UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                            :
CARLOS SUAREZ,                              :
                                            :     No. 21-cv-13982 (EP)(CLW)
              Plaintiff,                    :
                                            :
        v.                                  :     MEMORANDUM OPINION
                                            :
                                            :
BERGEN COUNTY                               :
SHERIFFS OFFICE, et al.,                    :
                                            :
              Defendants.                   :
_____:

IT APPEARING THAT:

1. Plaintiff Carlos Suarez filed a complaint under 42 U.S.C. § 1983, D.E. 1.

2. Mail sent to Plaintiff at his address of record, the Bergen County Jail, was returned as undeliverable on October 22, 2021, D.E. 6.

3. The Clerk's Office sent the returned mail to Plaintiff's updated address in Hackensack, New Jersey on November 15, 2021.  D.E. 8.

4. That mail was returned to the Clerk's Office as undeliverable on January 24, 2022. D.E. 9.

5. This matter was reassigned to the undersigned on July 15, 2022.  D.E. 11.

6. Plaintiff has not communicated with the Court regarding his new address in violation of Local Civil Rule 10.1.  *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

7. The Clerk of the Court will be ordered to administratively terminate this case.

Plaintiff may reopen this matter by submitting his updated address.

    8.    An appropriate order follows.

Dated: 9/19/2022
At Newark, New Jersey

                                            EVELYN PADIN, U.S.D.J.